IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JERMAINE PALMER,
       Petitioner,
       v.                     : Case No. 3:16-cv-239-KRG-KAP
TREVOR WINGARD, SUPERINTENDENT,
S.C.I. SOMERSET,
       Respondent

## Memorandum Order

Petitioner's motion to alter or amend the judgment, ECF no. 17, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on January 26, 2017, ECF no. 18, recommending that the motion be denied. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation as supplemented. Petitioner filed timely objections at ECF no. 19.

After de novo review of the record of this matter together with the recommendation and the objections thereto, and the proceedings at Palmer v. Zappala, Case No. 2:16-cv-567-LPL (W.D.Pa. August 14, 2017), the following order is entered:

AND NOW, this 26th day of September, 2017, it is

ORDERED that the petitioner's motion at ECF no. 17 to alter or amend the judgment is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Jermaine Palmer CS-0716
> S.C.I. Somerset
> 1600 Walters Mill Road
> Somerset, PA 15510